### STATE OF CONNECTICUT *v.* ROBERT GORGOGLIONE (8844)

SPALLONE, DALY and LAVERY, Js.

Argued October 31—decision released November 9, 1990

*Robert D. Gorgoglione,* pro se, the appellant (defendant).

*Rita M. Shair,* deputy assistant state's attorney, with whom were *Vincent J. Dooley,* deputy assistant state's attorney, and, on the brief, *Mark S. Solak,* state's attorney, and *Leah Hawley* and *Geoffrey E. Marion,* assistant state's attorneys, for the appellee (state).

PER CURIAM. The judgment is affirmed.